UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SCHUB, et al., | ) 1: 05-CV-00559-AWI-SMS |
| Plaintiffs, | ) ORDER SETTING HEARING ON MOTION |
| v. | ) TO REMAND ACTION TO STATE COURT |
| | ) AND FOR SANCTIONS (DOC. 5) |
| ERNEST MERRILL, et al., | ) |
| | ) **Date of Hearing: September 9,** |
| Defendants. | ) **2005** |
| | ) **Time: 9:30 a.m.** |
| | ) **Courtroom: 4** |

Plaintiffs are proceeding with a civil action in this Court. A related action, <u>Ernest Merrill, et al., v. County of Madera, et al</u>, case number 1:05-cv-00195-AWI-SMS, is also proceeding. The two matters were ordered related by Judge Coyle on June 28, 2005, in action number 1:05-CV-00559-AWI-SMS, and the latter case was reassigned to the undersigned Magistrate Judge. The matters have been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

On May 10, 2005, Plaintiffs filed a motion to remand and for sanctions. On May 10, 2005, a response to the motion was filed by Defendants. On June 6, 2005, a reply to the response was filed. On June 10, 2005, the hearing on the motion to remand and for

1  sanctions was vacated pending the order relating cases.
2      Accordingly, on the Court's own motion, and in the interest
3  of the efficient administration of justice, it IS ORDERED that a
4  hearing on the Plaintiff's motion to remand the action to state
5  court and for sanctions IS SET for September 9, 2005, at 9:30
6  a.m., in Courtroom 4, before the undersigned Magistrate Judge.

IT IS SO ORDERED.

**Dated:   August 8, 2005**                             /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE